**FILED**
JUN 6 - 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR-05-00145-WDB |
| v. | **ORDER RE: CONTINUANCE OF JUDGMENT AND SENTENCING DATE** |
| KARL JULIUS DIXON, | |
| Defendant(s). | |

Please take notice that pursuant to the unavailability of Mag. Judge Wayne D. Brazil on June 15, 2005, and the unavailability of the government's attorney on the week of June 6, 2005 and the defendant's attorney after June 15, 2005 to June 29, 2005, the Judgment and Sentencing previously scheduled for the above named defendant on Wednesday, June 15, 2005 has been rescheduled to **THURSDAY, JULY 7, 2005 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 6/6/05

WAYNE D. BRAZIL
United States Magistrate Judge

cc by ecf:   AUSA James Keller
             AFPD Shawn Halbert

cc:   WDB's files, Pretrial Services, Probation

caption.frm                           1